NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SISVEL INTERNATIONAL S.A.,**
*Appellant*

**v.**

**SIERRA WIRELESS, INC., TELIT CINTERION DEUTSCHLAND GMBH,**
*Appellees*

---

2022-1494

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01102.

---

**JUDGMENT**

---

ROBERT J. GAJARSA, Devlin Law Firm LLC, Wilmington, DE, argued for appellant.  Also represented by NEIL A. BENCHELL, TIMOTHY DEVLIN, NADIIA LOIZIDES.

GUY YONAY, Pearl Cohen Zedek Latzer Baratz LLP, New York, NY, argued for all appellees.  Appellee Telit Cinterion Deutschland GmbH Also represented by KYLE AUTERI, I.

AMANDA TESSAR, Perkins Coie LLP, Denver, CO, for appellee Sierra Wireless, Inc.  Also represented by DANIEL TYLER KEESE, Portland, OR.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, HUGHES, and STARK, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 11, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |